

NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY OR ALL OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.

## RELEASE OF DEED OF TRUST
(9c)

Date: November 13, 2012

Holder:
Rabo Agrifinance, Inc., a Delaware Corporation, as successor in interest to Rabo AgServices, Inc. formerly known as Ag Services of America, Inc.

Holder's Mailing Address (including county):
6919 Chancellor Drive
Cedar Falls, IA 50613
Black Hawk County

Deed of Trust: Deed of Trust dated May 22, 1998, recorded under Clerk's file no. 98-1253, Official Public Records, Deaf Smith County, Texas.

Property (including any improvements) to be Released from Deed of Trust:

Tract One: All of Section 21, Block K-4, SAVE AND EXCEPT the Northeast 1/4 of said Section 21, Block K-4, Deaf Smith County, Texas.

Tract Two: All of Section 22, Block K-4, Deaf Smith County, Texas.

Tract Three: All of Section 39, Block K-4, Deaf Smith County, Texas.

Tract Four: All of Section 40, Block K-4, Deaf Smith County, Texas.

Tract Five: All of Section 42, Block K-4, Certificate No. 1289, Patent No. 326, Volume 52, Deaf Smith County, Texas, SAVE AND EXCEPT 8 acres, more or less, out of the Northwest quarter thereof, as described by metes and bounds in Warranty Deed to Dawn Co-Op, a corporation, dated January 6, 1961, and record in Volume 207, at Page 31, of the Deed Records of Deaf Smith County, Texas; and SAVE AND EXCEPT the balance of said Northwest quarter of said Section 42 and the North 82.88 acres, more or less, of the Southwest quarter of said Section 42, as described by metes and bounds in Warranty deed dated June 10, 1966, recorded in Volume 241, at Page 801, of the Deed Records of Deaf Smith County, Texas.

0009/11418931.2



EXHIBIT F

**Tract Six:** The West half of Section 60, BS&F Block K-4, L.H. Hallan, Original Grantee, Certificate No. 1304, Abstract No. 803, Patent No. 500, Volume 33, dated March 23, 1907, Deaf Smith County, Texas.

**Tract Seven:** All of Section 61, Block K-4, BS&F Survey, Certificate No. 1305, Abstract No. 172, Patent No. 93, Volume 30, dated December 11, 1877, Deaf Smith County, Texas.

**Tract Eight:** All of Section 62, BS&F Block K-4, S.K. Hallan, Original Grantee, Certificate No. 1305, Abstract No. 802, Patent No. 499, Volume 33, dated March 23, 1907, Deaf Smith County, Texas.

**Tract Nine:** All of Section No. 75, Block K-4, BS&F Surveys, Certificate No. 1308, Abstract No. 175, Patent No. 96, Volume 30, dated December 11, 1877, in Deaf Smith County, Texas;
SAVE AND EXCEPT the South 200 acres, more or less, of Section 75, Block K-4, Deaf Smith County, Texas, and SAVE AND EXCEPT a triangular tract containing 1.64 acres, more or less, of Section 75, Block K-4. Said 1.64 acre tract being more fully described by metes and bounds as follows:
BEGINNING at a 1/2 inch iron rod set for the Southwest corner of Section No. 75, Block K-4;
THENCE North 0 degrees 27 minutes East at 64.10 feet pass a 1/2 inch iron rod in the North line of Farm Road 1412 and at 1039.60 feet a 1/2 inch iron rod for the Westerly and actual Beginning corner of this tract;
THENCE South 89 degrees 01 minutes 36 seconds East at 5254.39 feet pass the West line of U.S. Highway 385 and at 5314.39 feet a point in the East line of said Section;
THENCE North 0 degrees 29 minutes 50 seconds East along the East line of said Section, 26.9 feet to a point;
THENCE North 89 degrees 19 minutes West at 60 feet pass a 1/2 inch iron rod in the West line of U.S. Highway 385 and at 5314.23 feet the place of beginning.

**Tract Ten:** The South half of Section 26, Township 3 North Range 1 East, Capitol Syndicate Subdivision, out of League No. 418 Abner Taylor, Original Grantee, Certificate No. 28, Abstract No. 453, Patent No. 387, Volume 1, dated August 22, 1887 and out of League No. 434, Abner Taylor, Original Grantee, Certificate No. 30, Abstract No. 496, Patent No. 459, Volume 1, dated August 24, 1887, Deaf Smith County, Texas.

**Tract Eleven:** The North half of Section 35, Township 3 North, Range 1 East, Capitol Syndicate Subdivision, out of League No. 434, Abner Taylor, Original Grantee, Certificate No. 30, Abstract No. 496, Patent No. 456, Volume 1, dated August 22, 1887, Deaf Smith County, Texas.

**Tract Twelve:** NW/4 of Section 42, Block K-4 and the North 42.48 acres, more or less of the SW/4 of Section 42, BS&F Block K-4, C.H. Cooper, Original Grantee, Certificate No. 1290, Abstract No. 932, Patent No. 326, Volume 52, dated March 2, 1917, as described by metes and bounds in Warranty deed dated June 10, 1966, recorded in Volume 241, Page 501, of the Deed Records of Deaf Smith County, Texas.
SAVE AND EXCEPT 5 acres, more or less, out of the NW/4 of said Section 42, as described by metes and bounds in Warranty Deed dated January 6, 1962, recorded in Volume 207, Page 71, of the Deed Records of Deaf Smith County, Texas.

Holder releases any and all liens only on the real estate described above (the "Property Released From Deed of Trust") existing by reason of the Deed of Trust described above. Holder preserves all other rights with respect to any and all judgments in favor of Holder, including without limitation the right to enforce any and all judgments against any real or personal property of Terra XXI, Ltd., Robert Wayne Veigel a/k/a Robert W. Veigel, Ella Marie Williams Veigel, Veigel Farms, Inc., Veigel Cattle Company, Veigel Farm Partners, Grain Central Station, Inc. d/b/a Veigel Grain Company, Steve Veigel, Terra Partners, Burnett & Veigel, Inc., Williams & Veigel, Inc., Kirk & Veigel, Inc., and Massey, Kirk & Veigel, Inc. other than the Property Released From Deed of Trust including, but not limited to, any and all real property located in New Mexico currently being judicially foreclosed upon.

[SIGNATURES ON FOLLOWING PAGE]

Original Document Not Suitable for Reproducing a Readable Record by Photocopy or Electronic Image

A CERTIFIED COPY ATTEST THIS 2/14/13 · MELDA DeLaCERDA, COUNTY CLERK/REGISTRAR BY _____ DEPUTY · 2 of 3

[SIGNATURE PAGE TO RELEASE OF DEED OF TRUST]



Rabo Agrifinance, Inc., a Delaware Corporation, as successor in interest to Rabo AgServices, Inc. formerly known as Ag Services of America, Inc.

Name: Dixie Anderson
Title: VP Regional Credit Officer

STATE OF IOWA §
§
COUNTY OF BLACK HAWK §

This instrument was acknowledged before me on the 13 day of November, 2012, by Dixie Anderson VP Regional Credit Officer of Rabo Agrifinance, Inc., a Delaware Corporation, as successor in interest to Rabo AgServices, Inc. formerly known as Ag Services of America, Inc., on behalf of said corporation.



LEIA A. SHIRK
COMMISSION NO. 782229
MY COMMISSION EXPIRES
5-16-20/13

Notary Public, State of Iowa

After recording, return to:
A.O. Thompson Abstract Co., Inc.
P.O. Box 73
Hereford, Texas 79045
GF 20128878

Prepared by:
Lawrence E. Kritenbrink
Baird Holm LLP
1500 Woodmen Tower
1700 Farnam Street
Omaha, NE 68102

DOCS/1141893.2
FILED and certified as RECORDED in the Official Public Records of Deaf Smith County on the date and time stamped. Imelda DeLaCerda, County Clerk, Deaf Smith County, Texas.
By: _____ Deputy  November 15, 2012 (11:52am)  12-2140