IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD, ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, AND VEIGEL FARM PARTNERS § § § § § § § Plaintiffs, § § v. § § AG ACCEPTANCE CORPORATION, § § Defendant. § | | CAUSE NO. 2:15-cv-236-J |

## AFFIDAVIT OF BARBARA WHITEN BALLIETTE
### IN SUPPORT OF DEFENDANT'S RULE 12(b)(6)
### MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

STATE OF TEXAS §
§
COUNTY OF TRAVIS §

BEFORE ME, the undersigned authority, on this day personally appeared Barbara Whiten Balliette, who, being by me duly sworn, stated as follows:

1. My name is Barbara Whiten Balliette. I am more than 21 years old, and I have never been convicted of a felony. I am competent to make this Affidavit, and all of the facts set forth in this Affidavit are based on my personal knowledge and are true and correct.

2. I am a lawyer and partner at Reid Collins & Tsai LLP ("RCT"). I represent Defendant Ag Acceptance Corporation in this action.

3. Attached as Exhibit B is a true and correct copy of Defendants' Motion for Relief from Judgment filed in Case No. D-1010-CV-2007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, LTD.*, in the Tenth Judicial District, County of Quay, State of New Mexico

4. Attached as Exhibit D is a true and correct copy of the Notice of Filing Report of Special Master filed in Case No. D-1010-CV-2007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, LTD.*, in the Tenth Judicial District, County of Quay, State of New Mexico.

5. Attached as Exhibit E is a true and correct copy of the Emergency Motion to Determine Supersedeas Bond and for Stay of Foreclosure Sale Pending Appeal filed May 18, 2015 in Case No. D-1010-CV-2007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, LTD.*, in the Tenth Judicial District, County of Quay, State of New Mexico.

6. Attached as Exhibit F is a true and correct copy of the Order on Defendants' Emergency Motion to Determine Supersedeas Bond and for Stay of Foreclosure Sale Pending Appeal filed June 2, 2015 in Case No. D-1010-CV-2007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, LTD.*, in the Tenth Judicial District, County of Quay, State of New Mexico.

7. Attached as Exhibit G is a true and correct copy of the Notice of Proposed Summary Disposition filed September 8, 2015 in Case No. 34,757, *Rabo Agrifinance, Inc. v. Terra XXI, Ltd., et al.*, in the Court of Appeals of the State of New Mexico.

FURTHER AFFIANT SAYETH NOT.

_____
Barbara Whiten Balliette

SUBSCRIBED AND SWORN TO before me on this 16th day of October, 2015, to which I place my signature and official seal.

_____
Notary Public for the State of Texas

My Commission Expires:



MINA NAPOLES MYERS
MY COMMISSION EXPIRES
June 14, 2016