IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § | |

## ORDER DENYING MOTION TO WITHDRAW

Before the Court is Plaintiffs' counsels' motion for leave to withdraw as counsel for all Plaintiffs, Plaintiff Robert and Ella Marie Veigel's response in opposition to that motion, and the movants' and the Veigel's responsive pleadings thereto. Plaintiffs' counsels' motion for leave to withdraw is denied. The Clerk is to mail two copies of this order to Robert Wayne and to Ella Marie Veigel at 105 Quince Street, Hereford, Texas 79045.

It is SO ORDERED.

Signed this the _15th_ day of June, 2016.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE