THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS; TERRA XXI, LTD.; <br> ROBERT WAYNE VEIGEL; <br> ELLA MARIE WILLIAMS VEIGEL; <br> VEIGEL FARMS, INC.; <br> VEIGEL CATTLE COMPANY; and <br> VEIGEL FARM PARTNERS, <br><br> Plaintiffs, <br><br> v. <br><br> AG ACCEPTANCE CORPORATION, <br><br> Defendant. | § § § § § § § § § § § § § § § § | No. 2:15-cv-236-J <br> Judge Robinson |

RESPONSE TO AG ACCEPTANCE'S
MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by and through their counsel, Keleher & McLeod, P.A. ("Plaintiffs") hereby provide their response[1] to Defendant Ag Acceptance's Motion For Summary Judgment [Doc. 55] ("Motion"). Plaintiffs are filing a Brief In Support of this response concurrently herewith, along with an Appendix containing material relied upon in that brief. Plaintiff opposes the Motion for the reasons stated in the accompanying brief and appendix, which are incorporated herein by reference.

---

[1] This response is timely pursuant to the Court's Order Granting Request For Leave To File Out Of Time, entered on March 23, 2016. [Doc. 65]

WHEREFORE, Plaintiffs request that the Motion be denied.

Respectfully submitted,

KELEHER & MCLEOD, P.A.

By: /s/ Justin B. Breen
    Filed Electronically on June 29, 2016
    Jeffrey A. Dahl – NM SBN 0622
    Justin B. Breen – NM SBN 28108
    Post Office Box AA
    Albuquerque, New Mexico 87103
    Telephone: (505) 346-4646
    Facsimile: (505) 346-1370
    E-Mail: jad@keleher-law.com
    E-Mail: jbb@keleher-law.com

## CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that on June 29, 2016, I electronically filed the foregoing document with the Clerk of the Court for the Northern District Of Texas by using the CM/ECF system, which will send a notice of electronic filing to the following CM/ECF participants:

**Local Counsel for Plaintiffs:**
Philip Roland Russ
Law Offices of Philip R. Russ
2700 S. Western St., Suite 1200
Amarillo, Texas 79109
Telephone: (806) 358-9293
Facsimile: (806) 358-9296
E-Mail: PhilipRRuss@RussLawFirm.com

**Lead Counsel for Ag Acceptance Corporation:**
Barbara Whiten Balliette
Reid Collins & Tsai LLP
1301 S. Captial of Texas Hwy., C-300
Austin, Texas 78746
Telephone: (512) 647-6100
Facsimile: (512) 647-6129
E-Mail: BBalliette@RCTLegal.com

**Local Counsel for Ag Acceptance Corporation:**
Thomas C. Riney
Riney & Mayfield LLP
320 South Polk Street, Suite 600
Maxor Building
Amarillo, Texas 79101
Telephone: (806) 468-3200
Facsimile: (806) 376-4509
E-Mail: TRiney@RineyMayfield.com

**Lead Counsel for Ag Acceptance Corporation [District of New Mexico]:**
Richard F. Rowley II
Rowley Law Firm, L.L.C.
P.O. Box 790
Clovis, New Mexico 88102-0790
Telephone: (575) 763-4457
Facsimile: (575) 763-4450
E-Mail: R2@RowleyLawFirm.com

/s/ Justin B. Breen
Justin B. Breen

4828-1374-6484, v. 1