IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| TERRA PARTNERS, TERRA XXI, LTD., ROBERT WAYNE VEIGEL, ELLA MARIE WILLIAMS VEIGEL, VEIGEL FARMS, INC., VEIGEL CATTLE COMPANY, and VEIGEL FARM PARTNERS, | § § § § § § | |
| PLAINTIFFS, | § | CIVIL ACTION CAUSE NUMBER |
| vs. | § § | 2:15-CV-236-J |
| AG ACCEPTANCE CORPORATION, | § § § | |
| DEFENDANT. | § | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Before the Court is Defendant Ag Acceptance Corporation's motion, filed February 5, 2016, for summary judgment of its counterclaim, the Plaintiffs' response in opposition, and the Defendant's reply. Defendant's motion for summary judgment is denied.

It is SO ORDERED.

Signed this the _____ day of September, 2016.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE