## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL; ELLA MARIE
WILLIAMS VEIGEL; VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and VEIGEL
FARM PARTNERS,

       Plaintiffs,

v.                                                     CV 16-1036 WPL/KK

AG ACCEPTANCE COPRORATION,

       Defendant.

## ORDER OF TELEPHONIC SETTING

**MATTER TO BE HEARD:**           Status Conference

**DATE AND TIME OF HEARING:**       October 18, 2016, at 2:00 p.m.

**The parties will call the Court's "meet-me" line at (505) 348-2356.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to five telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

                                                                         William P. Lynch
                                                                         United States Magistrate Judge