# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable William P. Lynch, United States Magistrate Judge

### *Clerk's Minutes*

| | |
|---|---|
| **Case:** | Terra Partners et al. v. Ag Acceptance Corp. |
| **Case No.:** | 16cv1036 WPL/KK |
| **Date:** | October 18, 2016 |
| **Location:** | Telephonic |
| **Attorneys for Plaintiffs:** *Plaintiffs:* | Justin Breen and Jeffrey Dahl Steve Veigel and Robert Wayne Veigel |
| **Attorneys for Defendant:** | Barbara Balliette and Clifford Walston |
| **Clerk:** | mej |
| **Type of Proceeding:** | Status Conference |
| *Proceedings Commenced:* | 2:02 p.m. |
| *Court in Recess:* | 2:08 p.m. |
| Total Time: | **6 minutes** |

**Proceedings:** The Court confirmed that Count 4 and the counterclaim remain after transfer from the Northern District of Texas. Plaintiffs' counsel indicated that they may disagree with that assessment and there may be an issue as to whether other counts remain to be interpreted under New Mexico law.

The Court declined to resolve the issue at this time. As detailed in a forthcoming order, the parties will have 30 days to file any appropriate motions, including dispositive motions. The parties will then have the standard time for responses and replies.