IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL; ELLA MARIE
WILLIAMS VEIGEL; VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and VEIGEL
FARM PARTNERS,

      Plaintiffs,

v.                                                    CV 16-1036 WPL/KK

AG ACCEPTANCE COPRORATION,

      Defendant.

## ORDER

In accordance with the telephonic status conference held on October 18, 2016, the parties will submit dispositive motions and any other motions to the Court, and serve the same on the parties, no later than **November 17, 2016**. Any motions that the parties intend to file must be submitted at that time. Responses and replies are due in accordance with the Federal Rules of Civil Procedure the Local Rules of Civil Procedure for the District of New Mexico.

IT IS SO ORDERED.

                                                  _____
                                                  William P. Lynch
                                                  United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.