IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL; ELLA MARIE
WILLIAMS VEIGEL; VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and VEIGEL
FARM PARTNERS,**

       **Plaintiffs,**

   vs.                                                       Civ. No. 16-1036 WPL/KK

**AG ACCEPTANCE CORPORATION,**

       **Defendant.**

## ORDER DENYING MOTION TO COMPEL

**THIS MATTER** is before the Court on Plaintiffs' Motion to Compel Responses to Plaintiffs' First Request for Production, filed October 28, 2016. (Doc. 91.) The Court does not require a response from Defendant.

Plaintiffs served their First Requests for Production on Defendant on September 17, 2015. (Doc. 91 at 1, ¶ 1.) On October 16, 2015, Defendant served their responses. (*Id.* at ¶ 2.) Plaintiffs argue that Defendant asserted a number of unfounded and unsupported objections in its responses, and they now seek to compel discovery. (*Id.* at ¶ 7.) Pursuant to the Local Rules of Civil Procedure for the United States District Court for the District of New Mexico, a party served with objections to requests for production must seek relief pursuant to Fed. R. Civ. P. 37(a) within twenty-one (21) days of service of an objection, unless the response specifies that documents will be produced or inspection allowed. In that case, the party must seek relief within twenty-one days after production or inspection of the documents. D.N.M.LR-Civ. 26.6. Here, Plaintiffs seeks to compel discovery one year and twelve days after it received Defendant's

objections and more than eight months after discovery terminated.[1]  Plaintiffs' Motion is untimely.  For this reason, the Court finds Plaintiffs' Motion is not well taken and it is **DENIED.**

**IT IS SO ORDERED.**

*/s/ Kirtan Khalsa*
**KIRTAN KHALSA**
**United States Magistrate Judge**

---

[1] On July 24, 2015, this matter was transferred to the United States District Court for the Northern District of Texas Amarillo Division.  (Doc. 23.)  That court entered a Scheduling Order and set a discovery deadline of February 2, 2016, and a discovery motions deadline of February 29, 2016.  (Doc. 26.)  The case was transferred back to this Court on September 16, 2016.  (Doc. 81.)