IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL; ELLA MARIE
WILLIAMS VEIGEL; VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and VEIGEL
FARM PARTNERS,

        Plaintiffs,

v.                                                   CV 16-1036 WPL/KK

AG ACCEPTANCE COPRORATION,

        Defendant.

**ORDER SETTING EXPEDITED BRIEFING SCHEDULE**

        Keleher & McLeod, P.A., counsel for Plaintiffs Terra Partners, Terra XXI, Ltd., Robert Wayne Veigel, Ella Marie Williams Veigel, Veigel Farms, Inc., Veigel Cattle Company, and Veigel Farm Partners (collectively "Plaintiffs"), filed an opposed motion to withdraw as counsel on November 28, 2016. (Doc. 95.) Keleher & McLeod stated that good cause exists for withdrawal, but declined to detail those reasons in order to preserve client confidences. By **5:00 p.m. on December 5, 2016**, Keleher & McLeod shall file a sealed memorandum that details those reasons for the Court's review.

        On November 30, 2016, Defendant Ag Acceptance Corporation filed a motion for summary judgment. (Doc. 96.) Because the motion for summary judgment requires a response within a specified period of time, I find that it is necessary to expedite briefing on the motion to withdraw as counsel. Plaintiffs and Ag Acceptance Corporation will file their responses, if any, no later than **5:00 p.m. on December 5, 2016**. Keleher & McLeod may file its reply, if any, no later than **12:00 p.m. on December 7, 2016**. Keleher & McLeod will send a copy of this Order

to Plaintiffs within 24 hours of its entry and will file a Certificate of Service reflecting the same. Additionally, Keleher & McLeod will assist Plaintiffs in filing or will file on Plaintiffs' behalf their response, if any, to the motion to withdraw. Keleher & McLeod will ensure that any response by Plaintiffs is filed by the deadline.

    IT IS SO ORDERED.

                                                William P. Lynch
                                                United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.