

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| TERRA PARTNERS; TERRA XXI, LTD.; | § | |
| ROBERT WAYNE VEIGEL; | § | |
| ELLA MARIE WILLIAMS VEIGAL; | § | |
| VEIGEL FARMS, INC.; | § | |
| VEIGEL CATTLE COMPANY; and | § | |
| VEIGEL FARM PARTNERS, | § | No. 1-16-cv-01036-WPL-KK |
| | § | |
| Plaintiffs, | § | Transferred from |
| | § | USDC NDTX (Amarillo) |
| v. | § | No. 2:15-cv-236-J |
| | § | |
| AG ACCEPTANCE CORPORATION, | § | |
| | § | |
| Defendant. | § | |

## AFFIDAVIT OF BARBARA WHITEN BALLIETTE

| | |
|---|---|
| STATE OF TEXAS | ) |
| | ) |
| COUNTY OF TRAVIS | ) |

BEFORE ME, the undersigned authority, on this day personally appeared Barbara Whiten Balliette, who, being first duly sworn by me, deposed and said:

1.  "My name is Barbara Whiten Balliette. I am over 21 years of age, am of sound mind, and am fully competent to testify in the matters stated herein. The statements made herein are within my personal knowledge and are true and correct. I am a Partner of the firm of Reid Collins & Tsai LLP and am counsel of record for Defendant Ag Acceptance Corporation in the above lawsuit.

2.  Attached are excerpts taken from true and correct copies of the following exhibits:"

| EXHIBIT | DOCUMENT |
|---|---|
| A | String emails between Barbara Balliette, Justin Breen, Jeffrey Dahl, et al. regarding motion to compel |

1

| EXHIBIT | DOCUMENT |
|---------|----------|
| B | November 17, 2006, Order in No. 2:06-CV-272-J, *Ag Acceptance Corporation v. Robert W. Veigel, et al.*, In the United States District Court for the Northern District of Texas, Amarillo Division |
| C | February 11, 2008, Order in No. 2:06-CV-272-J, *Ag Acceptance Corporation, et al. v. Robert W. Veigel, et al.*, In the United States District Court for the Northern District of Texas, Amarillo Division |
| D | February 11, 2008, Order in No. 2:06-CV-153-J, *Rabo Agrifinance, Inc. et al. v. Terra XXI, Ltd., et al.*, In the United States District Court for the Northern District of Texas, Amarillo Division |
| E | April 1, 2008, Order in Nos. 2:05-CV-243-J, *Rabo Agrifinance, Inc. v. Veigel Farm Partners, et al.* and 2:06-CV-153-J, *Rabo Agrifinance, Inc. v. Terra XXI Ltd., et al.*, In the United States District Court for the Northern District of Texas, Amarillo Division |
| F | December 21, 2012, Opinion in No. 11-11166, *Terra Partners v. Rabo Agrifinance, et al.*, In the United States Court of Appeals for the Fifth Circuit |
| G | May 31, 2010 to June 25, 2011, Docket Sheet, in No. 00-20877-bjh11, *Terra XXI Ltd.*, Debtor, In the U.S. Bankruptcy Court for the Northern District of Texas (Amarillo) |
| H | May 31, 2016, Notice of Filing of Assignments in D-1010-CV-2007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, Ltd.*, In the Tenth Judicial District Court, County of Quay, State of New Mexico |
| I-1 | June 3, 2016, Defendants' Motion to Reconsider, Reopen, and Vacate all Orders and Judgment for Plaintiff, in D-1010-CV-20007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, Ltd.*, In the Tenth Judicial District Court, County of Quay, State of New Mexico |
| I-2 | July 1, 2016, Defendants' Reply to Plaintiff's Response to Defendants' Motion to Reconsider, Reopen, and Vacate all Orders and Judgment for Plaintiff, in D-1010-CV-20007-00111, *Rabo Agrifinance, Inc. v. Terra XXI, Ltd.*, In the Tenth Judicial District Court, County of Quay, State of New Mexico |

Further Affiant sayeth not.

Barbara Whiten Balliette

SWORN AND SUBSCRIBED TO BEFORE ME, personally appeared Barbara Whiten Balliette, on this the 5th day of December, 2016.

NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS

My commission expires:



MINA NAPOLES MYERS
Notary Public, State of Texas
Comm. Expires 06-23-2020
Notary ID 8579095