# EXHIBIT A

| | **SUMMARY OF ATTORNEY FEES & COSTS** | | | | | |
|---|---|---|---|---|---|---|
| | Timekeeper | Hours | Rate | Fees | Costs | Total |
| **Invoice 1588** | | | | | | |
| | BWB | 14.0 | $400.00 | $5,600.00 | | $5,600.00 |
| Total | | | | $5,600.00 | $0.00 | $5,600.00 |
| **Invoice 1628** | | | | | | |
| | BWB | 27.4 | $400.00 | $10,960.00 | | $10,960.00 |
| | MNM | 2.2 | $170.00 | $374.00 | | $374.00 |
| Total | | | | $11,334.00 | $0.00 | $11,334.00 |
| **Invoice 1679** | | | | | | |
| | BWB | 13.6 | $400.00 | $5,440.00 | | $5,440.00 |
| Total | | | | $5,440.00 | $164.56 | $5,604.56 |
| **Invoice 1707** | | | | | | |
| | BWB | 5.6 | $400.00 | $2,240.00 | | $2,240.00 |
| Total | | | | $2,240.00 | $0.00 | $2,240.00 |
| **Invoice 1913** | | | | | | |
| | BWB | 20.8 | $400.00 | $8,320.00 | | $8,320.00 |
| | TGA | 21.6 | $375.00 | $8,100.00 | | $8,100.00 |
| | MNM | 0.5 | $180.00 | $90.00 | | $90.00 |
| Total | | | | $16,510.00 | $35.84 | $16,545.84 |
| **Invoice 1995** | | | | | | |
| | BWB | 34.5 | $400.00 | $13,800.00 | | $13,800.00 |
| | TGA | 9.0 | $375.00 | $3,375.00 | | $3,375.00 |
| Total | | | | $17,175.00 | $0.00 | $17,175.00 |
| **Invoice 2041** | | | | | | |
| | BWB | 22.3 | $400.00 | $8,920.00 | | $8,920.00 |
| | SDS | 12.5 | $375.00 | $4,687.50 | | $4,687.50 |
| Total | | | | $13,607.50 | $834.50 | $14,442.00 |
| **Invoice 2134** | | | | | | |
| | BWB | 29.5 | $400.00 | $11,800.00 | | $11,800.00 |
| | SDS | 1.5 | $375.00 | $562.50 | | $562.50 |
| | MNM | 3.5 | $180.00 | $630.00 | | $630.00 |
| Total | | | | $12,992.50 | $1,153.75 | $14,146.25 |
| **Invoice 2378** | | | | | | |
| | BWB | 8.7 | $400.00 | $3,480.00 | | $3,480.00 |
| | SDS | 5.2 | $375.00 | $1,950.00 | | $1,950.00 |
| | MNM | 0.5 | $180.00 | $90.00 | | $90.00 |
| Total | | | | $5,520.00 | $391.74 | $5,911.74 |
| **Invoice 4416** | | | | | | |
| | BWB | 92.4 | $400.00 | $36,960.00 | | $36,960.00 |
| | SDS | 11.2 | $375.00 | $4,200.00 | | $4,200.00 |
| | TKS | 0.2 | $225.00 | $45.00 | | $45.00 |
| | MNM | 6.0 | $225.00 | $1,350.00 | | $1,350.00 |
| Total | | | | $42,555.00 | $1,261.65 | $43,816.65 |
| **TOTALS FEES & COSTS** | | | | **$121,774.00** | **$3,842.04** | **$125,616.04** |