EXHIBIT B-1

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:   512.647.6129
www.rctlegal.com

**PAID**
**01/06/2015**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance, Inc.
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 12/4/2014 |
| **Invoice No.:** | 1588 |
| **Billing through** | 11/30/2014 |

**Re:  Rabo AgriFinance, Inc./
NM Lawsuit 2014**

| Total Hours: | Our File # |
|---|---|
| 14.20 | 1035.013 |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 11/20/2014 | BWB | Review new lawsuit and analysis of effect of prior suits. | 3.5 | 400.00 | 1,400.00 |
| 11/21/2014 | BWB | Review old pleadings and settlements and orders and analysis of effect of same; review removal rules and requirements and 1404 transfer possibilities; emails with Walston re strategy. | 3 | 400.00 | 1,200.00 |
| 11/24/2014 | BWB | Call with Kobliska and NM lawyers and prep for same; Review ▇▇▇ legal research re same. | 3.5 | 400.00 | 1,400.00 |
| 11/25/2014 | BWB | Draft and circulate removal docs; review caselaw on 1404 transfers and timing of same. | 2 | 400.00 | 800.00 |
| 12/2/2014 | BWB | Review and analysis of ▇▇▇▇▇▇▇; emails with Kobliska and Walston re same. | 2 | 400.00 | 800.00 |
| | | TOTAL PROFESSIONAL FEES: 6,480.00 | | | 6,480.00 |

| **Total** | $6,480.00 |
|---|---|

EXHIBIT B-2

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:   512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/28/2015**

Tax ID No. 27-1333576

| Bill To: | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 1/6/2015 |
| Rabo AgriFinance, Inc. | **Invoice No.:** | 1628 |
| 6919 Chancellor Drive | **Billing through** | 12/31/2014 |
| Cedar Falls, IA  50613 | | |

**Re:  Rabo AgriFinance, Inc./
        NM Lawsuit 2014**

| Total Hours: | Our File # |
|---|---|
| 33.60 | 1035.013 |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 12/3/2014 | BWB | Call with Cliff Walston re ▓▓▓▓ and removal issues. | 0.5 | 400.00 | 200.00 |
| 12/4/2014 | BWB | Email Rowley regarding docket and finalize removal papers. | 0.5 | 400.00 | 200.00 |
| 12/4/2014 | MNM | Assist in finalizing Notices of Removal in state and district courts. | 0.3 | 170.00 | 51.00 |
| 12/5/2014 | MNM | Review New Mexico District Court Local Rules for admitting out of district attorneys. | 0.3 | 170.00 | 51.00 |
| 12/8/2014 | BWB | Review filed removal documents and follow up with Rowley regarding same. | 0.4 | 400.00 | 160.00 |
| 12/9/2014 | MNM | Register Barbara Balliette as an out-of-district attorney and associate her with case in district court. | 0.3 | 170.00 | 51.00 |
| 12/11/2014 | BWB | Receive and review Veigels letter to Judge Robinson; emails with co-counsel regarding same; review ▓▓▓▓ issues raised in new lawsuit. | 1.3 | 400.00 | 520.00 |
| 12/12/2014 | BWB | Draft answer; review ▓▓▓▓ | 5 | 400.00 | 2,000.00 |
| 12/14/2014 | BWB | Research re transfer; follow up questions for Rabo's answer. | 1 | 400.00 | 400.00 |
| 12/15/2014 | BWB | Conference call with L. Kobliska, Rowley, Walston; revise answer accordingly; legal research; work on motion to transfer. | 5.7 | 400.00 | 2,280.00 |
| 12/15/2014 | MNM | Assist in finalizing Answer to Petition. | 0.3 | 170.00 | 51.00 |
| 12/16/2014 | BWB | Draft motion to transfer; telephone conference with Breen regarding discovery requests and email follow up. | 4 | 400.00 | 1,600.00 |
| 12/16/2014 | MNM | Review Order and Local Rules re cases assigned to magistrates and initial disclosure requirements. | 0.3 | 170.00 | 51.00 |
| 12/17/2014 | BWB | Draft motion to transfer; legal research re same; gather ▓▓▓▓ | 4 | 400.00 | 1,600.00 |
| 12/17/2014 | MNM | Assist in finalizing and filing Motion to Transfer Venue. | 0.7 | 170.00 | 119.00 |
| 12/18/2014 | BWB | Continue work on motion to transfer; finish draft and circulate; revise and review exhibits and file. | 4.5 | 400.00 | 1,800.00 |
| 12/29/2014 | BWB | Budget and status report. | 0.5 | 400.00 | 200.00 |
| | | TOTAL PROFESSIONAL FEES: 11,334.00 | | | 11,334.00 |

| **Total** | $11,334.00 |
|---|---|

# EXHIBIT B-3

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

PAID
03/04/2015

Tax ID No. 27-1333576

| Bill To: | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel<br>Rabo AgriFinance, Inc.<br>6919 Chancellor Drive<br>Cedar Falls, IA  50613 | **Invoice Date:** | 2/12/2015 |
| | **Invoice No.:** | 1679 |
| | **Billing through** | 01/31/2015 |

Re:  Rabo AgriFinance, Inc./
       NM Lawsuit 2014

| Total Hours: | Our File # |
|---|---|
| 13.60 | 1035.013 |

## PROFESSIONAL SERVICES

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1/15/2015 | BWB | Review response to motion to transfer, brief research re same | 0.6 | 400.00 | 240.00 |
| 1/26/2015 | BWB | Legal research on motion to transfer issues | 4.5 | 400.00 | 1,800.00 |
| 1/27/2015 | BWB | Continue legal research on motion to transfer issues, ███████ ████████ draft reply brief on motion to transfer and circulate | 6.5 | 400.00 | 2,600.00 |
| 1/28/2015 | BWB | Revise and finalize reply brief on motion to transfer, file same | 2 | 400.00 | 800.00 |
| | | TOTAL PROFESSIONAL FEES: | | | 5,440.00 |
| | | REIMBURSABLE COSTS: | | | |
| 12/31/2014 | BWB | ThomsonWest (831027310-123114; Research for Dec 1 - Dec 31, 2014) | | 164.56 | 164.56 |

| **Total** | $5,604.56 |
|---|---|

EXHIBIT B-4

# REID | COLLINS | TSAI LLP

**1301 S Capital of Texas Hwy**
**Building C, Suite 300**
**Austin, Texas  78746**
**Main:  512.647.6100**
**Fax:  512.647.6129**
**www.rctlegal.com**

PAID 08/31/2015

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance, Inc.
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 3/4/2015 |
| **Invoice No.:** | 1707 |
| **Billing through** | 02/28/2015 |

**Re:  Rabo AgriFinance, Inc./**
**NM Lawsuit 2014**

| Due Date: | Our File # |
|---|---|
| 3/4/2015 | 1035.013 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 2/11/2015 | BWB | hr  Legal research on ▮▮▮ review ▮▮▮ email to team regarding ▮▮▮ and legal authority upholding | 5 | 400.00 | 2,000.00 |
| 2/12/2015 | BWB | Follow up legal research and responses | 0.6 | 400.00 | 240.00 |

TOTAL PROFESSIONAL FEES: 3,120.00 — 3,120.00

| **Total** | **$3,120.00** |
|---|---|
| **Payments/Credits** | -$3,120.00 |
| **Balance Due** | $0.00 |

# EXHIBIT B-5

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**10/28/2015**

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 10/5/2015 |
| Rabo AgriFinance | | |
| 6919 Chancellor Drive | **Invoice No.:** | 1913 |
| Cedar Falls, IA  50613 | **Billing through** | 09/30/2015 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 10/5/2015 | 42.90 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 7/24/2015 | BWB | Receive and review opinion transferring case and summarize for team in emails; call with Riney. | 1 | 400.00 | 400.00 |
| 7/27/2015 | BWB | Review standing orders issued by court. | 0.3 | 400.00 | 120.00 |
| 7/28/2015 | BWB | Review court-issued scheduling orders; review local rules. | 0.4 | 400.00 | 160.00 |
| 7/31/2015 | MNM | Review scheduling order; calculate and docket case deadlines. | 0.5 | 180.00 | 90.00 |
| 8/12/2015 | BWB | Emails with opposing counsel regarding admission and discovery matters. | 0.5 | 400.00 | 200.00 |
| 8/13/2015 | BWB | Review prior opinions and current pleading to point out previously resolved issues to new counsel. | 1.5 | 400.00 | 600.00 |
| 8/14/2015 | BWB | Continue review of prior opinions and underlying documents; draft email letter to opposing counsel regarding previously-litigated matters; circulate to team, revise and add additional authority and send to opposing counsel; review discovery status and prepare for 26f conference. | 2.5 | 400.00 | 1,000.00 |
| 8/17/2015 | BWB | Conduct Rule 26f conference with opposing counsel; follow up email to team; follow up with opposing counsel regarding magistrate trial and required filings. | 1 | 400.00 | 400.00 |
| 8/24/2015 | BWB | Review and revise plaintiffs' proposed discovery plan from 26f conference; update ▓▓▓▓▓▓▓▓▓▓ Review Friemel settlement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | 1.5 | 400.00 | 600.00 |
| 8/28/2015 | BWB | Draft initial disclosures. | 1.5 | 400.00 | 600.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**10/28/2015**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 10/5/2015 |
| **Invoice No.:** | 1913 |
| **Billing through** | 09/30/2015 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 10/5/2015 | 42.90 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 9/1/2015 | BWB | Meet with T. Arbuckle regarding research issues; review Veigels' disclosures; email to counsel re relitigation of previously resolved issue and intent to file motion re same. | 0.5 | 400.00 | 200.00 |
| 9/1/2015 | TGA | Review of briefings; mtg with BB regarding case overview and research needs | 1.3 | 375.00 | 487.50 |
| 9/2/2015 | TGA | Legal research on ▮▮▮▮▮ drafting email memo on results for BB | 5.2 | 375.00 | 1,950.00 |
| 9/3/2015 | TGA | Review of briefings | 0.2 | 375.00 | 75.00 |
| 9/9/2015 | TGA | Follow up on legal research discussion with BB | 0.3 | 375.00 | 112.50 |
| 9/10/2015 | TGA | Meeting with BB regarding research and facts of case; | 0.5 | 375.00 | 187.50 |
| 9/11/2015 | BWB | Telephone conference with L. Kobliska re schedule. | 0.3 | 400.00 | 120.00 |
| 9/14/2015 | TGA | Legal research on ▮▮▮▮▮ | 1 | 375.00 | 375.00 |
| 9/15/2015 | BWB | Review of all pleadings and issues raised and resolved ▮▮▮▮▮ | 1.8 | 400.00 | 720.00 |
| 9/15/2015 | TGA | Legal research on ▮▮▮▮▮ and research on ▮▮▮ | 6 | 375.00 | 2,250.00 |
| 9/16/2015 | BWB | Discussion with T. Arbuckle re ▮▮▮ | 0.3 | 400.00 | 120.00 |
| 9/16/2015 | TGA | Review of ▮▮▮▮▮ and discussing memo on status with BB | 5.6 | 375.00 | 2,100.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**10/28/2015**

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

Tax ID No. 27-1333576

| | |
|---|---|
| **Invoice Date:** | 10/5/2015 |
| **Invoice No.:** | 1913 |
| **Billing through** | 09/30/2015 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 10/5/2015 | 42.90 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 9/17/2015 | BWB | Legal research regarding ▓▓▓▓ and all issues resolved/addressed in ▓▓▓▓ | 3.5 | 400.00 | 1,400.00 |
| 9/22/2015 | BWB | Receive and review proposed amendment; respond to email; research on ▓▓▓▓ | 1.7 | 400.00 | 680.00 |
| 9/22/2015 | TGA | Drafting memo on ▓▓▓▓ | 1.5 | 375.00 | 562.50 |
| 9/30/2015 | BWB | Email with opposing counsel re revisions; begin draft of m/strike pleadings and analysis of re-litigation. | 2.5 | 400.00 | 1,000.00 |
| | | TOTAL PROFESSIONAL FEES - $16,510.00 | | | 16,510.00 |
| | | Reimbursable Expenses: | | | |
| 9/1/2015 | GEN | Westlaw Inv 832489951- Research  August  2015 | | 35.84 | 35.84 |
| | | TOTAL REIMBURSABLE EXPENSES: 35.84 | | | 35.84 |
| | | **Total** | | | **$16,545.84** |

EXHIBIT B-6

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:   512.647.6129
www.rctlegal.com

**PAID**
**12/01/2015**

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 11/4/2015 |
| Rabo AgriFinance | **Invoice No.:** | 1995 |
| 6919 Chancellor Drive | **Billing through** | 10/31/2015 |
| Cedar Falls, IA  50613 | | |

Re Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 11/4/2015 | 43.50 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 10/1/2015 | BWB | Review motion for leave; draft response, revise, and file. | 2 | 400.00 | 800.00 |
| 10/5/2015 | BWB | Review order allowing filing of amended complaint; review motions and other filings; prepare brief status report ████ email T. Arbuckle regarding research. | 1 | 400.00 | 400.00 |
| 10/6/2015 | TGA | Legal research on ████ | 3.2 | 375.00 | 1,200.00 |
| 10/6/2015 | BWB | Research regarding ████ | 1 | 400.00 | 400.00 |
| 10/7/2015 | TGA | Legal research on ████ | 5 | 375.00 | 1,875.00 |
| 10/8/2015 | BWB | Legal research regarding motion to dismiss issues, including ████ | 3 | 400.00 | 1,200.00 |
| 10/9/2015 | BWB | Legal research regarding motion to dismiss issues, including ████ | 3 | 400.00 | 1,200.00 |
| 10/12/2015 | BWB | Emails and calls re application of funds; review charts. | 0.9 | 400.00 | 360.00 |
| 10/13/2015 | BWB | Begin drafting 12b6 motion; begin drafting motion to strike; review discovery for ████ email regarding other checks. | 3.5 | 400.00 | 1,400.00 |
| 10/14/2015 | BWB | Draft 12b6 motion. | 6 | 400.00 | 2,400.00 |
| 10/15/2015 | TGA | Proofing and revising of Motion to Dismiss | 0.8 | 375.00 | 300.00 |
| 10/15/2015 | BWB | 12b6 updates and research on ████ | 2.5 | 400.00 | 1,000.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**12/01/2015**

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 11/4/2015 |
| Rabo AgriFinance | **Invoice No.:** | 1995 |
| 6919 Chancellor Drive | **Billing through** | 10/31/2015 |
| Cedar Falls, IA  50613 | | |

Re Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 11/4/2015 | 43.50 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 10/16/2015 | BWB | Revise 12b6 motion and file; go through exhibits and confirm; emails regarding checks; draft discovery responses and circulate. | 5 | 400.00 | 2,000.00 |
| 10/19/2015 | BWB | Research regarding answer deadlines; research ▮▮▮▮▮ and scope of testimony. | 0.5 | 400.00 | 200.00 |
| 10/20/2015 | BWB | Factual research on checks from Ranger Insurance; telephone conference and emails with LeBas regarding same; correspondence with client; discussion with opposing counsel regarding checks and application of funds. | 1.3 | 400.00 | 520.00 |
| 10/21/2015 | BWB | Draft breach of contract counterclaim; research on ▮▮▮▮▮ ▮▮▮▮▮ telephone conference with LeBas regarding stale checks and follow-up regarding same; discussions regarding ▮▮▮▮▮ | 4 | 400.00 | 1,600.00 |
| 10/22/2015 | BWB | Final review of counterclaim and file same. | 0.3 | 400.00 | 120.00 |
| 10/26/2015 | BWB | Designation of experts. | 0.1 | 400.00 | 40.00 |
| 10/28/2015 | BWB | Review email regarding discovery issues; follow-up regarding same with brief research on response and rules for discovery; telephone conference with T. Riney regarding same. | 0.3 | 400.00 | 120.00 |
| 10/30/2015 | BWB | Email J. Breen regarding discovery. | 0.1 | 400.00 | 40.00 |
| | | TOTAL PROFESSIONAL FEES: 17,175.00 | | | 17,175.00 |

| | | | | **Total** | **$17,175.00** |
|---|---|---|---|---|---|

EXHIBIT B-7

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/21/2016**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 12/5/2015 |
| **Invoice No.:** | 2041 |
| **Billing through** | 11/30/2015 |

Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 12/5/2015 | 34.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 11/2/2015 | BWB | Draft discovery email to Breen. | 0.8 | 400.00 | 320.00 |
| 11/3/2015 | BWB | Call with Breen; prepare email to L. Kobliska re same; review ▮▮▮ | 2 | 400.00 | 800.00 |
| 11/4/2015 | BWB | Emails re discovery issues; begin drafting ▮▮▮ | 2.5 | 400.00 | 1,000.00 |
| 11/4/2015 | SDS | Westlaw research on requirements for ▮▮▮ Composing four emails to BWB with blurbs with case law support for inclusion in motion. | 1.5 | 375.00 | 562.50 |
| 11/9/2015 | BWB | Draft Joint Status Report on Settlement; call with Breen; legal research re response to motion to dismiss and reply. | 4 | 400.00 | 1,600.00 |
| 11/9/2015 | SDS | Westlaw research on ▮▮▮ | 0.5 | 375.00 | 187.50 |
| 11/12/2015 | BWB | Draft ▮▮▮ | 1 | 400.00 | 400.00 |
| 11/13/2015 | BWB | Draft ▮▮▮ | 1.5 | 400.00 | 600.00 |
| 11/16/2015 | BWB | Legal research re ▮▮▮ | 1 | 400.00 | 400.00 |
| 11/17/2015 | BWB | Legal research re ▮▮▮ | 1 | 400.00 | 400.00 |
| 11/17/2015 | SDS | Preparing section for MTD reply brief on unjust enrichment/money had & received claim: Westlaw research on ▮▮▮ | 5 | 375.00 | 1,875.00 |

**Total**

# R E I D | C O L L I N S | T S A I LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/21/2016**

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 12/5/2015 |
| Rabo AgriFinance | | |
| 6919 Chancellor Drive | **Invoice No.:** | 2041 |
| Cedar Falls, IA  50613 | **Billing through** | 11/30/2015 |

Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 12/5/2015 | 34.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 11/18/2015 | BWB | Draft reply brief on motion to dismiss. | 1.5 | 400.00 | 600.00 |
| 11/18/2015 | SDS | Westlaw research on ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ drafting emails to BWB for insertion into reply brief. | 2.5 | 375.00 | 937.50 |
| 11/19/2015 | BWB | Draft reply brief on motion to dismiss. | 3.5 | 400.00 | 1,400.00 |
| 11/19/2015 | SDS | Drafting and finalizing section on unjust enrichment/money had and received claim for MTD reply brief. | 3 | 375.00 | 1,125.00 |
| 11/20/2015 | BWB | Finish reply brief; send to client. | 2 | 400.00 | 800.00 |
| 11/23/2015 | BWB | Review expert report; review NM ruling; finalize and file reply brief. | 1.3 | 400.00 | 520.00 |
| 11/30/2015 | BWB | Emails to Breen re effect of NM ruling on current suit. | 0.2 | 400.00 | 80.00 |
| | | TOTAL PROFESSIONAL FEES: 13,607.50 | | | 13,607.50 |

Reimbursable Expenses:

| Date | Timekeeper | Description | | Rate | Fee |
|---|---|---|---|---|---|
| 9/30/2015 | BWB | Westlaw Inv 832669977 Research for Sept 2015 | | 55.00 | 55.00 |
| 9/30/2015 | SDS | Westlaw Inv 832669977 Research for Sept 2015 | | 199.29 | 199.29 |
| 10/31/2015 | BWB | Westlaw Inv 832860006 Research for Oct 2015 | | 49.57 | 49.57 |
| 10/31/2015 | SDS | Westlaw Inv 832860006 Research for Oct 2015 | | 515.52 | 515.52 |
| 11/13/2015 | BWB | Fed Ex Inv 519970991 | | 15.12 | 15.12 |
| | | TOTAL REIMBURSABLE COSTS: 834.50 | | | 834.50 |

| | | | **Total** | | **$14,442.00** |
|---|---|---|---|---|---|

EXHIBIT B-8

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID 10/03/2016**

Tax ID No. 27-1333576

| Bill To: | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 2/9/2016 |
| Rabo AgriFinance | **Invoice No.:** | 2134 |
| 6919 Chancellor Drive | **Billing through** | 02/28/2016 |
| Cedar Falls, IA  50613 | | |

Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 2/9/2016 | 34.50 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 1/22/2016 | BWB | Emails re discovery with opposing counsel and clients; review pleading status in light of upcoming deadlines and discuss same with Walston and Riley. | 1 | 400.00 | 400.00 |
| 1/25/2016 | BWB | Draft amended pleadings including answer and affirmative defenses; begin work on motion for summary judgment; meet with Saldana re same. | 2.5 | 400.00 | 1,000.00 |
| 1/26/2016 | SDS | Westlaw research for cases re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 1.5 | 375.00 | 562.50 |
| 1/26/2016 | BWB | Work on motion for summary judgment. | 2 | 400.00 | 800.00 |
| 2/2/2016 | BWB | Work on motion for summary judgment issues; emails re attorney withdrawal; review rules and case law re same. | 5.5 | 400.00 | 2,200.00 |
| 2/3/2016 | BWB | Draft motion for summary judgment brief; legal research regarding same. | 7 | 400.00 | 2,800.00 |
| 2/4/2016 | BWB | Draft motion for summary judgment brief. | 6 | 400.00 | 2,400.00 |
| 2/5/2016 | BWB | Work on motion for summary judgment; revise ▮▮▮▮▮ review affidavit; revise exhibits ▮▮▮▮▮▮▮ emails re withdrawal of counsel and responses re same; review motion to withdraw. | 5.5 | 400.00 | 2,200.00 |
| 2/5/2016 | MNM | Draft Appendix and Affidavit of Barbara Balliette in support of motion for summary judgment filing; assist in finalizing and filing motion for summary judgment brief and supporting documents. | 3.5 | 180.00 | 630.00 |
| | | TOTAL PROFESSIONAL FEES: 12,992.50 | | | 12,992.50 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:   512.647.6129
www.rctlegal.com

**PAID**
**10/03/2016**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 2/9/2016 |
| **Invoice No.:** | 2134 |
| **Billing through** | 02/28/2016 |

Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 2/9/2016 | 34.50 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | Reimbursable Expenses: | | | |
| 9/30/2015 | AUS | Westlaw Invoice 832669977 Research for Sept 2015 | | 55.00 | 55.00 |
| 9/30/2015 | AUS | Westlaw Invoice 832669977 Research for Sept 2015 | | 199.29 | 199.29 |
| 10/31/2015 | AUS | Westlaw Invoice 832860006 Research for Oct 2015 | | 49.57 | 49.57 |
| 10/31/2015 | AUS | Westlaw Invoice 832860006 Research for Oct 2015 | | 515.52 | 515.52 |
| 12/17/2015 | TGA | Westlaw Invoice 833042214 Research for Dec 2015 | | 11.43 | 11.43 |
| 12/17/2015 | BWB | Westlaw Invoice 833042214 Research for Dec 2015 | | 322.94 | 322.94 |
| | | TOTAL REIMBURSABLE COSTS: 1,153.75 | | | 1,153.75 |

| | | |
|---|---|---|
| | **Total** | **$14,146.25** |

# EXHIBIT B-9

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

PAID
10/03/2016

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 7/11/2016 |
| **Invoice No.:** | 2378 |
| **Billing through** | 07/08/2016 |

Re: Terra partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 7/11/2016 | 39.30 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 3/2/2016 | SDS | Researching ND Tex local rules and related case law for standards on ███████████████████ per BWB request. | 0.7 | 375.00 | 262.50 |
| 3/7/2016 | SDS | Westlaw research & drafting AAC response to Veigels' Motion for Stay. | 4.5 | 375.00 | 1,687.50 |
| 6/15/2016 | BWB | Review order on withdrawal and emails re same. | 0.2 | 400.00 | 80.00 |



**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

PAID
10/03/2016

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 7/11/2016 |
| Rabo AgriFinance | **Invoice No.:** | 2378 |
| 6919 Chancellor Drive | **Billing through** | 07/08/2016 |
| Cedar Falls, IA  50613 | | |

Re: Terra partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 7/11/2016 | 39.30 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | | | | |
| 6/30/2016 | BWB | Receipt and analysis of Veigel response to motion for summary judgment; ███████ | 2.5 | 400.00 | 1,000.00 |
| 7/1/2016 | BWB | Continue work on ███████ multiple emails and research re same in conjunction with analysis of MSJ reply. | 3 | 400.00 | 1,200.00 |
| | | | | | |
| 7/7/2016 | BWB | Analysis re MSJ reply brief and legal/factual arguments; research re same. | 1.5 | 400.00 | 600.00 |
| 7/8/2016 | MNM | Draft motion to extend time to file reply in support of motion for summary judgment, and proposed order; finalize and e-file same. | 0.5 | 225.00 | 112.50 |
| 7/8/2016 | BWB | Work on MSJ reply brief. | 1.5 | 400.00 | 600.00 |
| | | TOTAL PROFESSIONAL FEES: 13,577.50 | | | 13,577.50 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**10/03/2016**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 7/11/2016 |
| **Invoice No.:** | 2378 |
| **Billing through** | 07/08/2016 |

Re: Terra partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 7/11/2016 | 39.30 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | Reimbursable Expenses: | | | |
| 2/10/2016 | BWB | Westlaw Invoice 833412628 -  Research Feb 2016 | | 79.71 | 79.71 |
| 2/18/2016 | BWB | FedEx Invoice 531648144 Tracking 775590534045 | | 26.63 | 26.63 |
| 7/7/2016 | BWB | Westlaw Invoice 834288540 - Research June 2016 | | 285.40 | 285.40 |
| | | TOTAL REIMBURSABLE COSTS: 433.74 | | | 433.74 |

| | | |
|---|---|---|
| | **Total** | **$14,011.24** |

# EXHIBIT B-10

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/30/2017**

Tax ID No. 27-1333576

| **Bill To:** | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 1/3/2017 |
| Rabo AgriFinance | **Invoice No.:** | 4416 |
| 6919 Chancellor Drive | **Billing through** | 01/02/2017 |
| Cedar Falls, IA  50613 | | |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 7/13/2016 | BWB | Work on MSJ reply brief. | 4 | 400.00 | 1,600.00 |
| 7/14/2016 | BWB | Work on MSJ reply brief and supporting affidavits. | 3.5 | 400.00 | 1,400.00 |
| 7/15/2016 | BWB | Finalize and file reply brief. | 3 | 400.00 | 1,200.00 |
| 9/8/2016 | BWB | Review order denying MSJ and emails re same. | 0.3 | 400.00 | 120.00 |
| 9/16/2016 | TKS | E-mails with counsel regarding opinion in Rabo (.1); and download opinion and circulate (.1). | 0.2 | 225.00 | 45.00 |
| 9/17/2016 | BWB | Detailed review of opinion and emails explaining same; procedural research on transfer issues. | 1.5 | 400.00 | 600.00 |
| 9/19/2016 | BWB | Emails with opposing counsel regarding status after order on MSJ and transfer. | 0.5 | 400.00 | 200.00 |
| 10/3/2016 | BWB | Emails with opposing counsel regarding continuation of dec action after NM state court rulings. | 0.5 | 400.00 | 200.00 |
| 10/6/2016 | BWB | Email discussions with opposing counsel regarding status; emails regarding procedure and status with client and co-counsel; consult with client re ▮▮▮▮ | 1.2 | 400.00 | 480.00 |
| 10/18/2016 | BWB | Calls with opposing counsel regarding case status; calls with client and team regarding status conference; conduct status conference with judge; prep for all, including ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 2.8 | 400.00 | 1,120.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:   512.647.6129
www.rctlegal.com

PAID
01/30/2017

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 1/3/2017 |
| **Invoice No.:** | 4416 |
| **Billing through** | 01/02/2017 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 10/31/2016 | BWB | Receipt and review of motion to compel; discussions re response strategy; emails with opposing counsel regarding re-litigation issues; research on grounds for sanctions. | 2.5 | 400.00 | 1,000.00 |
| 11/1/2016 | BWB | Further emails with opposing counsel regarding re-litigation and meaning of judge's orders; research sanctions on res judicata; consult with clients regarding making sanctions warning. | 2.6 | 400.00 | 1,040.00 |
| 11/1/2016 | SDS | Discussing sanction motions/MSJ issues with BWB and doing ███ ███████████████ research under NM law on Westlaw. | 0.5 | 375.00 | 187.50 |
| 11/3/2016 | BWB | Research and draft sanctions motion. | 4.3 | 400.00 | 1,720.00 |
| 11/4/2016 | BWB | Draft sanctions motion; further research on same. | 4 | 400.00 | 1,600.00 |
| 11/7/2016 | BWB | Finalize sanctions motion; emails to client re same and follow up discussions with co-counsel. | 3 | 400.00 | 1,200.00 |
| 11/8/2016 | BWB | Further discussions re ██████████████; review back-up documentation; service of same. | 2 | 400.00 | 800.00 |
| 11/8/2016 | SDS | Reviewing and redline editing BWB motion for sanctions. | 1.2 | 375.00 | 450.00 |
| 11/9/2016 | SDS | Westlaw research on NM law re unjust enrichment, res judicata, etc. for purposes of drafting renewed MSJ brief on Veigels "remaining claims". | 1.5 | 375.00 | 562.50 |
| 11/10/2016 | BWB | Discussions re proposed withdrawal of opposing counsel. | 0.5 | 400.00 | 200.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/30/2017**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| | |
|---|---|
| **Invoice Date:** | 1/3/2017 |
| **Invoice No.:** | 4416 |
| **Billing through** | 01/02/2017 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 11/10/2016 | SDS | Sending email to BWB re requirement that Veigels be represented by counsel under US statute, in response to email from Veigels counsel re withdrawing. | 0.3 | 375.00 | 112.50 |
| 11/11/2016 | MNM | Draft Joint Motion to Extend Time to File Dispositive Motions and proposed Order. | 0.5 | 225.00 | 112.50 |
| 11/11/2016 | BWB | Review dismissal proposal and confer with client. | 0.6 | 400.00 | 240.00 |
| 11/11/2016 | SDS | Westlaw research on ███████████████████████ | 0.6 | 375.00 | 225.00 |
| 11/14/2016 | BWB | Draft detailed settlement proposal and confer with opposing counsel re extension on MSJ deadlines to continue discussions. | 2.5 | 400.00 | 1,000.00 |
| 11/15/2016 | BWB | Receive and review ████████████ research on same and email to opposing counsel with explanatory email. | 2 | 400.00 | 800.00 |
| 11/17/2016 | BWB | Receive new settlement proposal from Veigels' counsel; review rules on non-suit without prejudice; emails with opposing counsel and clients re same. | 0.7 | 400.00 | 280.00 |
| 11/18/2016 | BWB | Correspondence with opposing counsel regarding offer. | 0.3 | 400.00 | 120.00 |
| 11/21/2016 | BWB | Emails re settlement proposal. | 0.8 | 400.00 | 320.00 |
| 11/27/2016 | BWB | Work on renewed MSJ. | 3.5 | 400.00 | 1,400.00 |
| 11/28/2016 | BWB | Draft sanctions memorandum of law; work on renewed MSJ. | 4.5 | 400.00 | 1,800.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/30/2017**

Tax ID No. 27-1333576

| Bill To: |
| --- |

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| Invoice Date: | 1/3/2017 |
| --- | --- |
| Invoice No.: | 4416 |
| Billing through | 01/02/2017 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
| --- | --- | --- |
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
| --- | --- | --- | --- | --- | --- |
| 11/28/2016 | SDS | Drafting section of MSJ on why the Veigels' affirmative claims have already been dismissed or otherwise fail, and performing related Westlaw research. | 2.5 | 375.00 | 937.50 |
| 11/29/2016 | BWB | Work on sanctions memorandum; work on renewed MSJ. | 6.5 | 400.00 | 2,600.00 |
| 11/29/2016 | SDS | Performing a thorough redline edit of the MSJ draft circulated by BWB. | 1.8 | 375.00 | 675.00 |
| 11/30/2016 | MNM | Assist in finalizing Renewed Motion for Summary Judgment and Brief in Support; draft Affidavit of B. Balliette and gather and organize exhibits; draft Motion to Exceed Page Limit for Exhibits. | 3.5 | 225.00 | 787.50 |
| 11/30/2016 | BWB | Finalize, file and serve renewed MSJ and sanctions motion. | 5.5 | 400.00 | 2,200.00 |
| 11/30/2016 | SDS | Quick review of finalized MSJ brief before filing. | 0.2 | 375.00 | 75.00 |
| 12/4/2016 | BWB | Draft response to motion to withdraw; legal and factual research re same. | 4 | 400.00 | 1,600.00 |
| 12/5/2016 | MNM | Draft Affidavit of B. Balliette in support of Response in Opposition to Plaintiffs' Counsel's Motion to Withdraw; gather and organize exhibits; assist in finalizing for filing. | 2 | 225.00 | 450.00 |
| 12/5/2016 | BWB | Finish response to motion to withdraw; analyze in conjunction with other procedures; circulate for comments; finalize and file same. | 4 | 400.00 | 1,600.00 |
| 12/7/2016 | BWB | Receipt and review of counsel's reply on MSJ. | 0.3 | 400.00 | 120.00 |
| 12/8/2016 | BWB | Work on response re Freimel MSJ. | 2 | 400.00 | 800.00 |

**Total**

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:   512.647.6129
www.rctlegal.com

PAID
01/30/2017

Tax ID No. 27-1333576

| Bill To: | | |
|---|---|---|
| Linda Kobliska, Deputy General Counsel | **Invoice Date:** | 1/3/2017 |
| Rabo AgriFinance | | |
| 6919 Chancellor Drive | **Invoice No.:** | 4416 |
| Cedar Falls, IA  50613 | **Billing through** | 01/02/2017 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| 12/9/2016 | BWB | Continue work on response to Friemel MSJ; review Friemel filings and transcripts. | 2.5 | 400.00 | 1,000.00 |
| 12/12/2016 | BWB | Continue work on Friemel response; additional factual background research. | 4 | 400.00 | 1,600.00 |
| 12/13/2016 | BWB | Work on Friemel response; circulate same. | 4.5 | 400.00 | 1,800.00 |
| 12/13/2016 | SDS | Reviewing BWB draft response to Veigel MSJ, performing a redline edit, and doing some related Westlaw research. | 0.6 | 375.00 | 225.00 |
| 12/14/2016 | BWB | Correspondence re renewed settlement offer. | 0.8 | 400.00 | 320.00 |
| 12/15/2016 | SDS | Filing day for MSJ response brief: proofreading finalized draft, helping Mina create BWB declaration to support exhibits, revising draft brief to reflect BWB declaration. | 2 | 375.00 | 750.00 |
| 12/16/2016 | BWB | Receipt and review of Veigels' MSJ response and circulate same. | 0.5 | 400.00 | 200.00 |
| 12/21/2016 | BWB | Draft reply on MSJ. | 2 | 400.00 | 800.00 |
| 12/28/2016 | BWB | Finalize and circulate reply on MSJ. | 0.5 | 400.00 | 200.00 |
| 12/31/2016 | BWB | Legal research on sanctions issues and failure to withdraw claims after service of motion for sanctions. | 1.8 | 400.00 | 720.00 |
| 1/1/2017 | BWB | Draft reply brief on motion for sanctions. | 2 | 400.00 | 800.00 |
| 1/2/2017 | BWB | Revise reply on motion for sanctions. | 0.4 | 400.00 | 160.00 |

**Total**

Page 5

# REID | COLLINS | TSAI LLP

1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
Main:  512.647.6100
Fax:    512.647.6129
www.rctlegal.com

**PAID**
**01/30/2017**

Tax ID No. 27-1333576

**Bill To:**

Linda Kobliska, Deputy General Counsel
Rabo AgriFinance
6919 Chancellor Drive
Cedar Falls, IA  50613

| Invoice Date: | 1/3/2017 |
|---|---|
| Invoice No.: | 4416 |
| Billing through | 01/02/2017 |

Re: Terra Partners Lawsuits

| Due Date: | Total Hours | Our File # |
|---|---|---|
| 1/3/2017 | 109.80 | 1035.014 |

| Date | Timekeeper | Description | Hours | Rate | Fee |
|---|---|---|---|---|---|
| | | TOTAL PROFESSIONAL FEES: 42,555.00 | | | 42,555.00 |
| | | | | | |
| | | Reimbursable Expenses: | | | |
| | | | | | |
| 7/25/2016 | BWB | FedEx Invoice 548717769 Tracking 776767525515 | | 15.85 | 15.85 |
| | | | | | |
| 8/8/2016 | BWB | Westlaw Invoice # 834475681 - Research July 2016 | | 588.12 | 588.12 |
| 8/31/2016 | 9999 FIRM | Pacer Invoice 3544916-Q2 2016 - Research costs | | 15.00 | 15.00 |
| 10/14/2016 | GEN | Pacer Invoice 3544916-Q3 2016 - Research | | 13.50 | 13.50 |
| 10/31/2016 | BWB | WestLaw Invoice 835013235 - Research Oct 2016 | | 43.65 | 43.65 |
| 12/16/2016 | BWB | WestLaw Invoice 835192325 - Research Nov 2016 | | 373.93 | 373.93 |
| 12/16/2016 | SDS | WestLaw Invoice 835192325 - Research Nov 2016 | | 197.29 | 197.29 |
| 12/16/2016 | MNM | WestLaw Invoice 835192325 - Research Nov 2016 | | 14.31 | 14.31 |
| | | | | | |
| | | TOTAL REIMBURSABLE COSTS: 1310.06 | | | 1,310.06 |

| | | | | **Total** | **$43,865.06** |
|---|---|---|---|---|---|