IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL; ELLA MARIE
WILLIAMS VEIGEL; VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and VEIGEL
FARM PARTNERS,

      Plaintiffs,

v.                                        CV 16-1036 WPL/KK

AG ACCEPTANCE COPRORATION,

      Defendant.

## ORDER

Defendant Ag Acceptance filed a motion to strike (Doc. 121) portions of Plaintiffs' response (Doc. 120) to the motion for attorneys' fees and costs (Doc. 119). The motion is granted-in-part. I deny Ag Acceptance's motion to the extent it asks me to strike the Plaintiffs' response, but grant Ag Acceptance's request to respond substantively to the new argument.

Ag Acceptance will file its reply no later than **5:00 p.m. on April 17, 2017**. No additional briefing will be allowed.

IT IS SO ORDERED.

                                                            _____
                                                            William P. Lynch
                                                            United States Magistrate Judge

A true copy of this order was served
on the date of entry--via mail or electronic
means--to counsel of record and any pro se
party as they are shown on the Court's docket.