IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERRA PARTNERS; TERRA XXI, LTD.;
ROBERT WAYNE VEIGEL;
ELLA MARIE WILLIAMS VEIGEL;
VEIGEL FARMS, INC.;
VEIGEL CATTLE COMPANY; and
VEIGEL FARM PARTNERS,

      Plaintiffs,

v.                                                    CV 16-1036 WPL/CG

AG ACCEPTANCE CORPORATION,

      Defendant.

**JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58, judgment is entered in favor of Defendant Ag Acceptance Corporation, and this cause is dismissed with prejudice.

                                                                           _____
                                                                           William P. Lynch
                                                                           United States Magistrate Judge